# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-13634

_____

PHYLLIS MICHELE HOWELL,

SIMON REISERT,

CAROLE SPEIGHT,

   on behalf of The North Highland Company Employee
   Stock Ownership and 401(k) Plan,
   and on behalf of a class of all other persons
   similarly situated,

                                                *Plaintiffs-Appellees,*

*versus*

ARGENT TRUST COMPANY,

NORTH HIGHLAND ESOP HOLDINGS, INC.,

THE NORTH HIGHLAND COMPANY, INC.,

THE NORTH HIGHLAND COMPANY, LLC.,

THE NORTH HIGHLAND HOLDING CO., LLC., et al.,

                                                *Defendants-Appellants.*

2                           Order of the Court                           24-13634

————————————

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:22-cv-03959-SDG

————————————

Before BRANCH and LAGOA, Circuit Judges.

BY THE COURT:

    Before this Court is a "Joint Motion for Stay and Limited Remand to Permit District Court to Consider and Rule on Settlement-Related Motions." The parties state that they have reached a settlement, which requires the approval of the district court. The motion is DENIED WITHOUT PREJUDICE to the moving parties' ability to move for this relief again after seeking an indicative ruling from the district court on their request to approve their settlement. *See* Fed. R. App. P. 12.1(b); 11th Cir. R. 12-1(c).